*Dotson, Howard T. Savage* and *Earl E. Strayhorn* for petitioner.

No. 47. PITTMAN *v.* UNITED STATES. Court of Claims. Certiorari denied. *Ralph D. Pittman, pro se. Solicitor General Sobeloff, Assistant Attorney General Burger* and *Samuel D. Slade* for the United States.

No. 56. SMITH-DOUGLASS CO., INC. *v.* UNITED STATES; and

No. 60. UNITED STATES *v.* SMITH-DOUGLASS CO., INC. Court of Claims. Certiorari denied. *Charles B. McInnis, Harold A. Kertz, Roger H. Muzzall* and *Irene Kennedy* for the Smith-Douglass Co., Inc. *Solicitor General Sobeloff* for the United States, and with him in No. 56 were *Assistant Attorney General Burger* and *Samuel D. Slade.* Reported below: 126 Ct. Cl. 758, 116 F. Supp. 570.

No. 57. NATIONAL BEVERAGE LABORATORIES, INC. *v.* UNITED STATES. Court of Claims. Certiorari denied. *Harold E. Marks, Henry W. Dieringer* and *Michael F. Mulcahy* for petitioner. *Solicitor General Sobeloff, Assistant Attorney General Holland, Ellis N. Slack, Hilbert P. Zarky* and *Joseph F. Goetten* for the United States.

No. 58. JUNIOR TOY CORP. ET AL. *v.* UNITED STATES. Court of Claims. Certiorari denied. *Harold E. Marks, Henry W. Dieringer* and *Michael F. Mulcahy* for petitioners. *Solicitor General Sobeloff, Assistant Attorney General Holland, Ellis N. Slack, Hilbert P. Zarky* and *Joseph F. Goetten* for the United States.